EILEEN M. DECKER
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LUCAS E. ROWE (CBN: 298697)
Special Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-7177
     E-mail: Lucas.Rowe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>          v.<br><br>TWO MOTOR VEHICLES, ONE MOTORCYCLE, 219 VARIOUS UNOPENED BOTTLES OF ALCOHOL, AND $162,019.86 IN BANK FUNDS,<br><br>          Defendants. | No. CV 15-<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>[18 U.S.C. §§ 981(a)(1)(C) AND 984]<br><br>[U.S.S.S.] |

    The United States of America brings this claim against the defendants Two Motor Vehicles, One Motorcycle, 219 Various Unopened Bottles of Alcohol, and $162,019.86 in Bank Funds (collectively, the "defendant property"), and alleges as follows:

//

//

1

JURISDICTION AND VENUE

1.    The government brings this *in rem* civil forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

2.    This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

PERSONS AND ENTITIES

4.    The plaintiff is the United States of America.

5.    The defendant property consists of the following:

a.    one 2011 Dodge Ram truck having vehicle identification number ("VIN") 1D7RV1CT6BS505767 (the "2011 Dodge Ram") registered to Nanush Agadzhanyan and seized on November 18, 2014 from a residential garage[1] located in Glendale, California, which was under the control of Elgrid Adamian ("Elgrid") and Anna Agadzhanyan ("Anna");

b.    one 2010 Jeep Wrangler having the VIN 1J4BA3H16ALL113210 (the "2010 Jeep Wrangler") registered to Varoug Gharibi and seized on November 18, 2014 from a residential garage located in Glendale, California, which was under the control of Elgrid and Anna;

c.    one 2009 CanAm Spyder motorcycle having the VIN 2BXJACA199V000311 (the "2009 CanAm Spyder") registered to Anna and seized on November 18, 2014 from a residential garage

---

[1] Pursuant to Local Rule 5-2.1, only the city and state of personal residences are used in this Complaint.

2

located in Glendale, California, which was under the control of Elgrid and Anna;

   d. 219 various unopened bottles of alcohol seized on November 18, 2014 from a residential garage located in Glendale, California, which was under the control of Elgrid and Anna; and

   e. $162,019.86 in bank funds (the "defendant funds") seized on April 1, 2015 at Wells Fargo Bank, N.A., 611 E. Wilson Avenue, Glendale, California pursuant to a federal seizure warrant from a Wells Fargo Bank, N.A. account number ending in 0792 ("WF0792"),[2] which was held in the name of Varough Gharibi ("Gharibi").

  6. The defendant property is currently in the custody of the United States Secret Service, where it shall remain subject to this court's jurisdiction during the pendency of this action.

  7. The interests of Elgrid, Anna, Nanush Agadzhanyan, Varoug Gharibi, CitiBank, American Express, Bank of America, JP Morgan Chase Bank, Wells Fargo Bank, Santander Bank, State Farm Bank, World's Foremost Bank, Capital One, Discover Financial, Barclay Bank (US) and Macy's Department Stores may be adversely affected by these proceedings.

<u>BACKGROUND OF THE INVESTIGATION</u>

  8. Between June 5, 2013 and July 23, 2013, suspects Anna and Elgrid engaged in a credit card bust-out scheme, which resulted in losses to various retailers in an amount exceeding $325,000. Between roughly mid-2011 and early 2013, Anna and

---

[2] Pursuant to Local Rule 5-2.1, only the last four digits of bank account numbers are used in this Complaint.

3

1   Elgrid engaged in identity theft and mail fraud causing an
2   additional loss of approximately $200,000.

3        9.    Anna and Elgrid's bust-out scheme generally worked in
4   the following manner:

5             a.   Anna, Elgrid, or both of them, would use
6   counterfeit credit cards, their true names or the names of
7   others whom Anna and Elgrid were not authorized to use, to apply
8   for credit cards whose charges they never intended to pay.  For
9   example:

10                 i.   In early 2013, Anna applied for a Macy's
11  Club credit account with Macy's department store.  Anna's
12  application was approved and she was given a credit account
13  ending in 1861, which account had a credit limit of $2,000.  On
14  or about June 13, 2013, Macy's closed Anna's credit account on
15  suspicion of fraud.  The Macy's account had a balance of
16  $10,651.16.  No payments had ever been made on the account.

17                 ii.  On or about June 11, 2013, Anna applied for
18  a credit account at Helzberg Diamonds store located in the
19  Glendale Galleria.  The credit was managed by Capital One Card
20  Services.  Anna made a purchase for $5,250.00 at the same time
21  she applied for the credit account.  On June 24, 2013, Anna made
22  a payment by phone using funds drawn on a JP Morgan Chase Bank
23  account.  On June 29, 2013, the payment was rejected because the
24  account used to make the payment had been inactive and contained
25  no funds.  No other payments or attempted payments have been
26  made on the account.

27                 iii. Sometime in June 2013, Anna applied for a
28  credit account with Santander Bank.  Anna was granted a credit

4

account ending in 3968.  During June and July 2013, Anna made payments totaling approximately $302,450.00 to the account, which created a credit on the account, pending clearance of the payments.  While the payments were pending clearance, Anna made credit purchases totaling $155,417.72.  Each of the payments Anna had made on the account failed to clear because each had been made from invalid or non-existent accounts, or where there were insufficient funds to cover the charges.  No other payments or attempted payments have been made to the Santander account.

b.   Anna, Elgrid, or both of them, would use the credit cards to purchase gift cards or cartons of cigarettes. For instance:

i.   Between June 5 and July 16, 2013, Anna or Elgrid purchased approximately 4,000 cartons of cigarettes from Sam's Club and Costco wholesale retailers. The total cost of these purchases was approximately $175,000.

ii.   Between June 16 and July 16, 2013, Anna or Elgrid purchased forty $500 gift cards from Ralph's, a grocery store chain.

c.   Elgrid or Anna would then resell the cigarettes and gift cards in exchange for cash, checks or money orders.

SEIZURE OF BANK FUNDS

10.  On June 13, 2013, Wells Fargo Bank, N.A. account number ******5815 ("WF5815") was opened in the name of Varoug Gharibi, Elgrid's father. A large portion of the funds associated with the bust-out scheme were deposited into this account.

5

11.   Between June 13 and July 25, 2013, approximately $153,104.98 was deposited into WF5815, which was funded entirely with proceeds of the scheme described in paragraphs 9(a)-(c) above.

12.   WF5815 was closed on July 25, 2013.  That same day, account WF0792 was opened at the same Wells Fargo branch, also in Gharibi's name.  The funds from WF5815 were deposited into WF0792.  Bank statements, deposit receipts, checkbooks and a debit access card (ATM card) related to the WF0792 were found in Anna and Elgrid's home.

13.   WF0792 was funded in the following manner:

a.   As described in paragraphs 9(a)-(c) above, Anna and Elgrid would buy and then resell merchandise and gift cards to individuals known to them.  Some of the cigarette purchases were made in conjunction with a wholesale account belonging to a cigarette shop in Los Angeles.  The cigarette shop, known as Sasoun Perfumes and Cigarettes, is owned by Samvel Arzumanyan (aka "Sam Sebuh").  This business is in the same shopping center as a bakery owned by Anna's family.

b.   These individuals - Vahe Galstyan, Martin Allahverdian, Granush Yegoyan, Aida Ovsepyan, Louis Fried, Violeta Akopyan-Fried, Albert Hairapetian, Ararat Noyian, Albert Khanlaryan (dba Mars Auto), and Elmira Agobian (collectively, the "launderers") - were provided the cash proceeds of the sale of the cigarettes and gift cards in exchange for checks, which were made payable to Gharibi and often had the word "loan" in the memo line.

      c.   Anna or Elgrid would then deposit the checks into WF0792.

      14.  All of the checks deposited into WF0792 from the launderers have been linked to deposits, often in identical or near identical amounts, which the launderers received into their own bank accounts just days prior to writing the checks into accounts owned or controlled by Anna, Elgrid, or both of them. When questioned about the money provided to Gharibi, the check writers claimed the funds had been present in their accounts for some time and they were not provided money in exchange for their checks.  The deposits into launderers' accounts were often in the form of cash. For instance:

      a.   On June 20, 2013, Martin Allahverdian obtained a cashier's check for $35,000 made payable to Gharibi. Allahverdian's personal checking account received multiple deposits in amounts ranging from $1,000 to $11,073.71 just days before and after the check was issued.

      b.   From May to July, 2013, Yegoyan's personal account had an average balance of less than $1,000.  On July 1, 2013, a cash deposit of $9,200 was made to Yegoyan's account. Similarly, Ovsepyan's account had a balance of $641.41 on June 28, 2013, but on July 1, 2013, the account received a cash deposit of $9,000.  On July 2, 2013, Ovsepyan's account received another cash deposit of $1,000.  On or about July 1, 2013, Yegoyan and Ovsepyan both wrote checks to Gharibi for $9,000 each.

      c.   On June 18, 2013, the balance in an account shared jointly between Violeta Akopyan-Fried and Louis Fried

7

("Louis") was $41.65.  On June 20, 2013, the account received a cash deposit of $9,800.  On June 20, 2013, an account held solely by Louis had a balance of $500.  On June 21, 2013, Louis' account received a cash deposit of $9,600.  On June 21, 2013, Louis and Violeta Akopyan-Fried each wrote a $9,800 check to Gharibi.  Akopyan-Fried admitted that she wrote both checks for Elgrid, who asked her to write them in Gharibi's name.

<u>PROBATION SEARCH AND SEIZURE OF THE DEFENDANT PROPERTY OTHER THAN THE DEFENDANT FUNDS AND NEXUS OF FRAUD TO NON-BANK ACCOUNT DEFENDANT PROPERTY</u>

15.  On November 6, 2013, the Glendale Police Department ("GPD"), in conjunction with the Burbank Police Department ("BPD"), conducted a probation search at Elgrid and Anna's residence located in Glendale, California.[3]  When the officers knocked on the door and identified themselves, Elgrid attempted to flee the scene by escaping out a rear window, but reentered after he saw an officer at the rear of the property.

16.  As a result of the search, officers seized 63 miscellaneous access cards that officers later determined were either re-encoded with stolen information or related to bust-out accounts.  A zip lock bag containing numerous SD memory cards was also taken into evidence.  Officers also found tax documents indicating that Elgrid and Anna had a gross income of just $18,873 for tax year 2012. In addition, on November 6, 2013, GPD contacted the U.S. Secret Service Los Angeles Fraud Task Force ("LAFTF") who arrived at Elgrid and Anna's residence shortly

---

[3] Elgrid was on probation for weapons related charges.

thereafter and seized the defendant two motor vehicles, one motorcycle, and 219 various bottles of unopened alcohol, and retrieved various financial documents and statements pertaining to the deposits placed into WF0792 by the launderers, which supported the loss figures from the various retailers.

17.   On or about August 26, 2013, Elgrid or Anna purchased the 2011 Dodge Ram for $10,500.00 using Anna's relative's name, Nanush Agadzhanyan.   Nanush paid for the 2011 Dodge Ram using funds from WF0792.

18.   On or about October 17, 2011, Elgrid or Anna purchased the 2010 Jeep Wrangler for $3,000.00, but registered the 2010 Jeep Wrangler in Gharibi's name.   The 2010 Jeep Wrangler was paid for using funds from WF0792. Statements, serial numbers and shipping label information indicate that the Jeep has been extensively upgraded using auto parts obtained through identity theft accounts opened using false identities.

20.   On or about August 27, 2012, Anna purchased the 2009 CanAm Spyder for $1,000.00.   Anna paid for the 2009 CanAm Spyder using funds from WF0792.

21.   The defendant 219 Various Unopened Bottles of Alcohol were seized from Elgrid's garage.   During the bust-out of Anna's Santander Bank account, there was approximately $6,300 worth of liquor purchased.

22.   Based upon the above, the government alleges that the defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) on the grounds that the defendant property represents or is traceable to proceeds of violations of 18 U.S.C. §§ 1028 (identity theft), 1029 (access

device fraud), 1344 (bank fraud) and/or 1343 (wire fraud). Additionally, to the extent that the defendant funds are not the actual monies directly traceable to the illegal activity identified herein, the government alleges that the defendant funds are identical property found in the same place as the property involved in the specified offense, rendering them subject to forfeiture pursuant to 18 U.S.C. § 984.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant property, due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed, that this Court decree forfeiture of the defendant property to the United States of America for disposition according to law, and for such other relief as this court may deem just and proper, together with the costs and disbursements of this action.

DATED:  July 10, 2015            EILEEN M. DECKER
                                 United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 _____/s/_____
                                 LUCAS E. ROWE
                                 Special Assistant United States
                                 Attorney
                                 Asset Forfeiture Section

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

10

1

**VERIFICATION**

2
I, Albert Kei, hereby declare that:

3
1.     I am a Special Agent with the United States Secret

4
Service and the case agent for the forfeiture matter entitled

5
UNITED STATES v. TWO MOTOR VEHICLES, ONE MOTORCYCLE, 219 VARIOUS

6
UNOPENED BOTTLES OF ALCOHOL AND $162,019.86 IN BANK FUNDS.

7
2.     I have read the above Verified Complaint for

8
Forfeiture and know its contents.  It is based upon my own

9
personal knowledge and reports provided to me by other law

10
enforcement agents.

11
3.     Everything contained in the Complaint is true and

12
correct, to the best of my knowledge and belief.

13
I declare under penalty of perjury that the foregoing is

14
true and correct.

15
Executed July 9, 2015 in Los Angeles, California.

16

17

18
ALBERT KEI, Special Agent
United States Secret Service

19

20

21

22

23

24

25

26

27

28

11