```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 233634
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177
     E-mail:   Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TWO MOTOR VEHICLES, ONE MOTORCYCLE, 219 VARIOUS UNOPENED BOTTLES OF ALCOHOL, AND $162,019.86 IN BANK FUNDS,<br><br>　　　　Defendants.<br><br>VAROUGH GHARIBI AND NANUSH AGADZHAYAN<br><br>　　　　Claimants. | CV No. 15-5221-CAS (RAO)<br><br>[~~PROPOSED~~]<br><br>PARTIAL CONSENT JUDGMENT OF FORFEITURE |

/ / /

/ / /

1

This action was filed on July 10, 2015, against the following assets (collectively the "defendant property"): (i) one 2010 Jeep Wrangler bearing Vehicle Identification Number (VIN) 1J4BA3H16ALL113210 (the "defendant Jeep Wrangler"); (ii) one 2011 Dodge Ram truck bearing VIN 1D7RV1CT6BS505767 (the "defendant Dodge Ram"); (iii) one 2009 CanAm Spyder motorcycle bearing VIN 2BXJACA199V000311 (the "defendant Spyder"); (iv) 219 various unopened bottles of alcohol seized on November 18, 2014 (the "defendant alcohol");  and (v) $162,019.86 in bank funds seized on or about April 1, 2015, from a Wells Fargo Bank account with account number ending in 0792 (the "defendant bank funds").  Notice was given and published in accordance with law. Claimant Varough Gharibi ("Gharibi") filed the only claim to the defendant Jeep Wrangler, the defendant alcohol and the defendant bank funds.  Claimant Nanush Agadzhayan ("Agadzhayan") filed the only claim to the defendant Dodge Ram.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimants have reached an agreement that is partially dispositive of the action.  The parties have requested that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.    The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

C.    Notice of this action has been given in accordance

1 with law. All potential claimants to the defendant property
2 other than Claimants are deemed to have admitted the allegations
3 of the Complaint. The allegations set out in the Complaint are
4 sufficient to establish a basis for forfeiture.
5     D. The United States of America shall have judgment as to
6 the defendant bank funds, together with all interest earned by
7 the government on the defendant bank funds since seizure, and
8 the defendant Jeep Wrangler, and no other person or entity shall
9 have any right, title or interest therein.
10     E. The defendant Dodge Ram shall be returned to Claimant
11 Agadzhayan or her designee in the Central District of California
12 by the United States Secret Service. The defendant alcohol shall
13 be returned to Claimant Gharibi or his designee in the Central
14 District of California by the United States Secret Service.
15
16     F. Claimants have released the United States of America,
17 its agencies, agents, and officers, including employees and
18 agents of the United States Secret Service, from any and all
19 claims, actions or liabilities arising out of or related to this
20 action, including, without limitation, any claim for attorney's
21 fees, costs or interest which may be asserted on behalf of
22 Claimants Agadzhayan and/or Gharibi, whether pursuant to 28
23 U.S.C. § 2465 or otherwise. Nothing in this consent judgment is
24 intended as, nor should anything in this consent judgment be
25 interpreted as an admission by Claimants of any liability or
26 wrongdoing.
27     G. The court finds that there was reasonable cause for
28

the seizure of the defendant property and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: October 28, 2015_    _____
                           THE HONORABLE CHRISTINA A. SNYDER
                           UNITED STATES DISTRICT JUDGE

**Approved as to form and content**:

DATED: October 27, 2015        EILEEN M. DECKER
                                    United States Attorney
                                    LAWRENCE M. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section

                                           /S/
                                    _____
                                    JENNIFER M. RESNIK
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


                                           /S/
DATED: October 23, 2015        _____
                                    CHRISTINA S. SARKISS, Esq.
                                    Attorney for Claimants
                                    Varough Gharibi and Nanush
                                    Agadzhayan